STANDARD VARNISH WORKS, Respondent, v. THE ÆOLIAN COMPANY, Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to vacate notice of examination as to items 3, 4, 5, 6 and 7 granted. The date for the examination to proceed to be fixed in the order.    No opinion. Settle order on notice.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.